IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | 04-1421 |
| v. | : | |
| | : | CRIMINAL ACTION |
| WINSTON GORDON | : | NO. 02-184-1 |

**REPORT AND RECOMMENDATION**

**JACOB P. HART**
**UNITED STATES MAGISTRATE JUDGE**        June      , 2005

      After Gordon filed a <u>pro se</u> Motion to Vacate, Set Aside, or Correct his Federal Sentence, pursuant to 28 U.S.C. § 2255, the undersigned appointed counsel to represent him in pursuing his claims.  When the Government was ordered to file a Response to the Motion, the undersigned was asked to defer ruling on the Motion because the Government was awaiting further information regarding the Defendant's sentence.  At this point, counsel for both Mr. Gordon and the Government have informed the Court that Mr. Gordon seeks to withdraw his § 2255 Motion because the Government expects to file a Rule 35 Motion on the Defendant's behalf.  <u>See</u> Attached Letters.  We can see no reason to delay or frustrate the parties' efforts to amicably resolve this Motion.

Therefore, I make the following:

## R E C O M M E N D A T I O N

AND NOW, this            day of                   , 2005, IT IS RESPECTFULLY RECOMMENDED that the Defendant's Request to Withdraw his Motion to Vacate be GRANTED.

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | 02-184-1 |
| v. | : | |
| | : | CIVIL ACTION |
| WINSTON GORDON | : | 04-1421 |

**O R D E R**

BERLE M. SCHILLER, J.,

AND NOW, this           day of                    , 2005, upon careful and independent consideration of the Defendant's Motion to Vacate Sentence, the Government's letter expressing their intention to file a Motion pursuant to Rule 35, the Defendant's Request to Withdraw his § 2255 Motion, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

    1.  The Report and Recommendation is APPROVED and ADOPTED.

    2.  The Defendant's Request to Withdraw his Motion to Vacate is GRANTED.

    3.  The Motion to Vacate Sentence is WITHDRAWN.

BY THE COURT:

_____
BERLE M. SCHILLER, J.